## (December 9, 1938.)

In the Matter of the Application of EMIL FRIEDLANDER and Others, Petitioners, Respondents, for a Determination of the Validity, Construction and Effect of the Last Will and Testament of HENRY DAZIAN, Deceased. SOPHIE COHEN and Others, Objectants, Appellants.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ. [167 Misc. 151.]

In the Matter of the Estate of ERNST PLATH, Also Known as ERNEST PLATH, Deceased. In the Matter of the Application of ERNESTINE FLORA SCHUSS for the Revocation of Letters of Administration Issued to EMMA PLATH. ERNESTINE FLORA SCHUSS, Petitioner, Appellant; EMMA PLATH and Others, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

OTTO ZEMAN, Respondent, v. HELEN ZEMAN, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of HUGO BIERHOFF for Leave to Reopen the Probate of a Codicil to the Will of FREDERIC BIERHOFF, Deceased, Which Will and Codicil Were Admitted to Probate by This Court [New York Surrogate's Court] on September 28, 1937, and for Leave to File Objections to the Probate of Said Codicil. HUGO BIERHOFF, Petitioner, Appellant; HANNAH N. BIERHOFF, Individually and as Executrix and Trustee, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of STELLING REALTY CORP., Appellant, for an Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES D. BECKWITH, INC., Appellant, v. CLARENCE A. BECKWITH, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAIZIE BUSHEA WILBERDING, Formerly MAIZIE BUSHEA ROBERTSON, Appellant, v. LOBSTER, OYSTER & CHOP HOUSE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse.

ROSE NEWBERG, Respondent, and SAM NEWBERG, Plaintiff, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another, Defendant.— Judgment, so far as appealed from, reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes for affirmance.